IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:20-cv-00108

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| *Plaintiff* ) | |
| v. ) | |
| ) | **ENTRY OF DEFAULT** |
| OJ GARY ENTERPRISE LLC, ) | |
| AND ORENTAL JEROME GARY, ) | |
| *Defendants* ) | |

THIS CAUSE COMES BEFORE THE COURT upon the United States of America's Motion for Entry of Clerk's Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Based on the Plaintiff's Motion and the record, Defendants OJ Gary Enterprise LLC, and Orental Jerome Gary have failed to appear, plead, or otherwise defend in the above action, and more than 21 days have elapsed since the date on which Defendants were served, thus, the Defendants are now in default.

NOW, THEREFORE, default is hereby entered against Defendants OJ Gary Enterprise LLC, and Orental Jerome Gary pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Signed: November 4, 2020

Frank G. Johns, Clerk
United States District Court