UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:20-cv-00108

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| OJ GARY ENTERPRISE LLC and ORENTAL ) | |
| JEROME GARY ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Plaintiff's Motion for Default Judgment (#6). Having considered Plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Default Judgment (#6) is **GRANTED.**

**IT IS FURTHER ORDERED** that Judgment by Default is hereby entered against the Defendants OJ Gary Enterprise LLC and Orental Jerome Gary for failure to answer and in favor of the Plaintiff, the United States of America, against the Defendants in the principal amount of $70,445.57, with interest of $18,609.21 accrued as of November 25, 2019, plus interest accruing after that date at the annual rate of 6% until paid, together with present and future costs and disbursements incurred by Plaintiff in this action;

**IT IS FURTHER ORDERED** that the Security Agreement be foreclosed and that all right, title, and interest of Defendants or any persons holding by, through, and under them,

-1-

including any equity or redemption or rights of power, and rights of any junior lienholders, be forever barred in and to the Collateral Property;

**IT IS FURTHER ORDERED** that the United States Marshals Service enter upon the land of the Defendants, or other location, to seize the Collateral Property;

**IT IS FURTHER ORDERED** that upon foreclosure and possession, the said property be sold by the Marshals Service in any commercially reasonable manner, including using a broker to assist in the sale of the property; and

**IT IS FURTHER ORDERED** that out of the proceeds of said sale, after payment of costs associated with the sale, the Plaintiff be paid the amount thereof on its claims above described.

**SO ORDERED.**

Signed: December 10, 2020

Max O. Cogburn Jr.
United States District Judge